

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2014

No. 04-13-00787-CV

Leticia R. **ALVAREZ**,
Appellant

v.

Reymundo **ALVAREZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-12-340
Honorable Romero Molina, Judge Presiding

# O R D E R

    This appeal was reinstated on the Court's docket on March 21, 2014. The clerk's record was filed on March 28, 2014. The reporter's record has not been filed. **The reporter's record is due on May 12, 2014.** In the event the court reporter is unable to file the reporter's record by this date, the court reporter must file a notice of late record with the clerk of the Court on or before May 12, 2014.

_Karen Angelini_
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court